IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JACKIE DAVIS, EXECUTOR OF
THE ESTATE OF JAMES WILLIAM
STARKEY, DECEASED                                                PLAINTIFF

      v.      Civil No. 07-5105

CNH AMERICA LLC                                                  DEFENDANT

### O R D E R

Now on this 11th day of December, 2007, comes on for consideration plaintiff's **Motion** (document #8) seeking dismissal of this matter without prejudice, and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed without prejudice**.

**IT IS SO ORDERED.**

                                 /s/ Jimm Larry Hendren
                                JIMM LARRY HENDREN
                                UNITED STATES DISTRICT JUDGE